# EXHIBIT A

| **SUMMONS - CIVIL**<br>JD-CV-1   Rev. 2-22<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on<br>ADA accommodations,<br>contact a court clerk or<br>go to: *www.jud.ct.gov/ADA.* | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>*www.jud.ct.gov* |
| --- | --- | --- |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>**1061 Main Street, Bridgeport, CT 06604** | Telephone number of clerk<br>**( 203 ) 579 – 6527** | Return Date *(Must be a Tuesday)*<br>**09/12/2023** |
| --- | --- | --- |
| ☒ Judicial District      G.A.<br>☐ Housing Session    ☐ Number: ____ | At *(City/Town)*<br>**Bridgeport** | Case type code *(See list on page 2)*<br>Major: **T90**   Minor: |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>**Sergei Lemberg of Lemberg Law, LLC, 43 Danbury Rd., Wilton, CT 06897** | Juris number *(if attorney or law firm)*<br>**430565** |
| --- | --- |
| Telephone number<br>**( 203 ) 653 – 2250** | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>**slemberg@lemberglaw.com** |
| --- | --- |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
| --- | --- | --- |
| **First plaintiff** | Name:  **Lemberg Law, LLC**<br>Address: **43 Danbury Rd., Wilton, CT 06897** | P-01 |
| **Additional plaintiff** | Name:  **Sergei Lemberg**<br>Address: **43 Danbury Rd., Wilton, CT 06897** | P-02 |
| **First defendant** | Name:  **Evox Productions, LLC**<br>Address: **2363 E. Pacifica Pl., Rancho Dominguez, CA 90220** | D-01 |
| **Additional defendant** | Name:  **Ellis George Cipollone O'Brien Annaguey LLP**<br>Address: **2121 Avenue of The Stars, Ste 2800, Los Angeles, CA 90067** | D-02 |
| **Additional defendant** | Name:  **David Kim**<br>Address: **2121 Avenue of The Stars, Ste 3000, Los Angeles, CA 90067** | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 3 | ☐ Form JD-CV-2 attached for additional parties |
| --- | --- | --- |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>**08/03/2023** | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>**Sergei Lemberg** |
| --- | --- | --- | --- |

| If this summons is signed by a Clerk:<br>a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | For Court Use Only |
| --- | --- |
| | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
| --- | --- | --- | --- |

RETURN DATE: September 12, 2023   :     SUPERIOR COURT

                                :

LEMBERG LAW LLC, SERGEI       :     J.D. OF BRIDGEPORT

LEMBERG,                           :

                                :     AT BRIDGEPORT

        PLAINTIFFS,          :

V.                                :

                                :

EVOX PRODUCTIONS, LLC, ELLIS   :

GEORGE CIPOLLONE O'BRIEN    :

ANNAGUEY LLP, AND DAVID KIM   :

                                :     August 3, 2023

        DEFENDANTS.

## COMPLAINT FOR DAMAGES

## COUNT ONE – SEC. 52-570B. ACTION FOR COMPUTER-RELATED OFFENSES

1.     The Plaintiff, Lemberg Law LLC ("Lemberg Law"), is a Connecticut law firm and limited liability company headquartered at 43 Danbury Road, Wilton Connecticut 06897.

2.     Sergei Lemberg is a Connecticut attorney with an office at 43 Danbury Road, Wilton CT 06897.

3.     Defendant Evox Productions, LLC (hereinafter, "Evox"), is a Delaware limited liability company with a principal place at 2363 E. Pacifica Place, Rancho Dominguez, California.

4.     Defendant Ellis George Cipollone O'Brien Annaguey LLP (hereinafter, "Ellis George," and together with Evox, the "Defendants") is a California law firm with a principal place of business at 2121 Avenue of The Stars, Suite 2800, Los Angeles, California 90067.  Thus, EGC is a citizen of California.

5.     Defendant David Kim (and together with Ellis George, the "Ellis Defendants") is an attorney with Ellis George residing in California with an office address at 2121 Avenue of the Stars, Suite 3000, Los Angeles, CA 90067.

6.     Evox purports to own copyrights in certain photo, video and interactive automotive vehicle imagery.

7.     Evox either releases thousands of its images to the public for free and encourages the public to post Evox images on their websites or, in the alternative, facilitates or tolerates the provision for fee-free distribution of its images by third party websites, such as www.kindpng.com and www.nicepng.com, ostensibly for non-commercial uses but for the real purpose of entrapping individuals and entities into downloading its images.

8.     Specifically, Evox removes its own logo and other identifying information from its licensed photos when supplying such photos in bulk or permits its licensees to do so.

9.     Evox uses a service called 'Tineye.com' to "monitor" where its photos end up.

10.    Evox also allows its licensees to edit, crop and otherwise modify its images.

11.    In the Fall of 2020, Defendants believed they identified some of Evox's images on a website owned by Lemberg Law.

12.    Evox suspected that Lemberg Law had fallen into the trap of having images belonging to Evox that had been released into public domain.

13.     Knowing that its images are freely available online for download by unsuspecting web users, and rather than sending Lemberg Law a 'take down' notice as, Defendants decided to cash in.

14.     Defendants engaged a purported "expert," Ariel Milosevic, a Serbian national working for CP Development in Serbia, to create the false impression that a third-party "intellectual property enforcement investigation" had been conducted to then make demands for millions of dollars from Lemberg Law and others.

15.     No investigation was performed by any third-party expert.

16.     Instead, at Defendants' behest and instructions, CP Development or an entity or person associated with CP Development, accessed the servers of Plaintiff's website www.Lemberglaw.com, without authorization in violation of CGS Sec. 53a-251(b).

17.     After accessing the website, CP Development, working under contract and direction of Evox, scraped the contents of the www.lemberglaw.com, again without authorization, and gathered Lemberg Firm's proprietary materials.

18.     CP Development, acting on Evox's behalf, used computer 'scraping' techniques to steal information from the website without authorization.

19.     In February 2021, CP Development produced a 'report' of its purported findings to Evox.

20.     Then on May 11, 2021, attorney David D. Kim of Ellis George, acting on Evox's behalf and at Evox's direction, mailed Plaintiffs a letter, addressed to Mr. Lemberg and Lemberg Firm at 43 Danbury Road, Wilton, Connecticut 06897, in which he claimed Lemberg Firm website contained unauthorized images copyrighted by Evox.

21.     The May 11, 2021 letter stated falsely: "We have discovered – through the investigation of a third-party expert – substantial unauthorized use of EVOX Images on the Website."

22.     In the May 11, 2021 letter, Defendants claimed the allegedly unauthorized use of copyrighted images exposed Plaintiffs to over $26 million in statutory damages.

23.     However, Defendants would drop their demands in exchange for Plaintiffs remitting to Defendants a mere $6,532,500.00.

24.     Defendants warned that unless Plaintiffs pay, Defendants' demands will only increase.[1]

25.     However, Defendants' claims in their May 11, 2021 letter, of performing an "intellectual property enforcement investigation" were false.

26.     Defendants identified Mr. Milosevics as the person who "primarily conducted EVOX's investigation into Defendants' infringement."

27.     However, when eventually deposed Mr. Milosevics confessed that he did not conduct any investigation.

28.     Mr. Milosevic then confessed he is "not the person who understands anything about the infringement or intellectual property."

29.     No one at CP Development (Milosevic's employer) has a position where they are tasked with forensic digital website review and documentation of third-party infringement.

---

[1] On October 1, 2021, after Plaintiffs declined Defendants' invitation to pay them more then $6 million, Defendants sued Mr. Lemberg and Lemberg Firm in the United States District Court for the Central District of California for Copyright Infringement and violation of the Digital Millennium Copyright Act.

30.     At CP Development, there is "no job with that title, somebody who is doing that [i.e. provide forensic digital website review and documentation of third-party infringement]")).

31.     Following the May 21 letter Ellis Defendants repeatedly followed up with Plaintiffs to explore the presence of "insurance coverage."

32.     Ultimately, Ellis Defendants dropped Evox's settlement demand to less than $50,000, then withdrew from the case before Mr. Milosevics was deposed.

33.     Defendants' illegal access to www.lemberglaw.com involved the use of software tools to automate the process of extracting data from the website.

34.     Furthermore, through its action of accessing, scraping and illegally copying www.lemberglaw.com, Defendants agreed to the Terms and Conditions listed on www.lemberglaw.com/terms/, which places jurisdiction and venue for all claims in Connecticut:

> By accessing this site, you agree to be legally bound by and comply with this User Agreement.
>
> This User Agreement will be governed by the laws of the State of Connecticut applicable to contracts made and performed there without regard to its conflicts of law principles. You agree to submit to the exclusive jurisdiction of the state and federal courts sitting in the State of Connecticut and waive any jurisdictional, venue, or inconvenient forum objections to such courts.

35.     Under CGS Sec. 52-570b, any aggrieved person who has reason to believe that any other person has been engaged, is engaged or is about to engage in an alleged violation of any provision of section 53a-251 may bring an action against such person.

36.     In turn, CGS Sec. 53a-251(b) prohibits as a "computer crime" the unauthorized access to a computer system when, knowing that a defendants is not

authorized to do so, a defendant accesses or causes to be accessed any computer system without authorization.

37.    Plaintiffs suffered and continue to suffer damages resulting from conduct described above.

38.    Plaintiffs seek: (a) an order directing restitution; (b) any appropriate equitable relief, (c) damages including punitive damages, including damages for unjust enrichment not taken into account in computing damages for actual loss, and treble damages where there has been a showing of willful and malicious conduct, (d) attorney's fees.

**COUNT TWO – TRESSPASS TO CHATTELS**

1-38.   The Plaintiffs incorporate by reference paragraphs 1-38 of this Complaint as though fully stated herein.

39.    A trespass to a chattel may be committed by intentionally ... using or intermeddling with a chattel in the possession of another," Restatement (Second) of Torts § 217(b) (1965), where "the chattel is impaired as to its condition, quality, or value," id. § 218(b); *see also City of Amsterdam v. Goldreyer Ltd.*, 882 F.Supp. 1273 , 1281 (E.D.N.Y.1995) (citing the Restatement definition as New York law).

40.    Defendants' unauthorized access to www.lemberglaw.com for the purpose copying information interfered with the operation of the website at the relevant times, increasing its load speed and creating the possibility of the website crashing.

41.    Such actions constitute give rise to a cause of action of trespass to chattels. *Register.com, Inc. v. Verio, Inc.*, 356 F.3d 393 (2nd Cir. 2004).

**COUNT THREE – AIDING AND ABETTING COUNTS ONE and TWO**

6

1-41.   The Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

42.     The Plaintiffs incorporate by reference all the above paragraphs of this Complaint as though fully stated herein.

43.     Ellis George Defendants' actions aided and facilitated Evox's actions with respect to Counts One and Two.

44.     Ellis George Defendants were generally aware of their role as part of an overall illegal or tortious activity at the time they provided assistance to Evox.

45.     Ellis George Defendants knowingly and substantially assisted Evox and its agents in Serbia with the principal violations.

## COUNT FOUR – BREACH OF CONN. GEN. STAT. 42-110A ET SEQ. – UNFAIR AND DECEPTIVE PRACTICES ACT

1-45.   The Plaintiffs incorporate by reference all of the above paragraphs specifically, CUTPA prohibits "unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce."

46. An act or activity violates Conn. Gen. Stat. 42-110b(a) when (1) the practice, without necessarily having been previously considered unlawful, offends public policy as it has been established by statutes, the common law, or otherwise; (2) the practice is immoral, unethical, oppressive, or unscrupulous; and (3) whether it causes substantial injury to consumers, competitors, or other business.

46.     The Defendants are "persons" as defined by Conn. Gen. Stat. § 42-110a(3).

47.     The Defendants' practices are immoral unethical, oppressive and unscrupulous.

48.     Defendants' practice of 'scaping' websites violates Connecticut law, is illegal and therefore violates CUTPA.

49.     Defendants' practice of seeking millions of damages in compensation on the basis of a fake 'third-party' investigation is illegal, unethical and oppressive.

50.     Defendants' attempted extortion of over $26 million under pretense that they performed an "intellectual property enforcement investigation" that allegedly revealed Lemberg Firm website contained unauthorized images copyrighted by Evox, when in truth they illegally accessed Lemberg Firm's website and gathered Lemberg Firm's proprietary materials, constitutes an unfair and deceptive act and practice in violation of Conn. Gen. Stat. § 42-110b(a).

51.     The Plaintiffs are entitled to damages as a result of the Defendants' violations.

## <u>DEMAND FOR RELIEF</u>

WHEREFORE, the Plaintiff requests the following relief:

(a)     enter judgment for the Plaintiff against the Defendants on all Counts of the Complaint in an amount to be determined at trial;

(b)     award Plaintiff monetary damages, including punitive damages;

(c)     award Plaintiff all applicable interest;

(d)     restitution and disgorgement;

(e)     attorney's fees

(f)     award other relief the Court deems just and proper.


Dated: August 3, 2023

                              PLAINTIFFS,

                              /s/ Sergei Lemberg
                              _____
                              Sergei Lemberg
                              LEMBERG LAW L.L.C.
                              43 Danbury Road, 3rd Floor
                              Wilton, CT 06897
                              Telephone: (203) 653-2250
                              Facsimile: (203) 653-3424
                              Attorneys for Plaintiff
                              Juris No. 425027

RETURN DATE: September 12, 2023   :     SUPERIOR COURT
                                        :

LEMBERG LAW LLC,                  :     J.D. OF BRIDGEPORT
                                          :

      PLAINTIFF,               :     AT BRIDGEPORT
V.                                          :
                                          :

EVOX PRODUCTIONS, LLC, AND    :
ELLIS GEORGE CIPOLLONE O'BRIEN  :
ANNAGUEY LLP,                 :
                                          :

      DEFENDANTS.            :     August 3, 2023

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand in the above-captioned action is greater than $15,000.00, exclusive of interest and costs.

Plaintiff,

Sergei Lemberg & Lemberg Law LLC

By   :/s/ Sergei Lemberg           

Sergei Lemberg
LEMBERG LAW L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff
Juris No. 425027